THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTORIA DANIELS,

    Plaintiff,

-VS-

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____/

CASE NO.: 3:14-cv-253J-25JRK

**JURY TRIAL DEMANDED**

## COMPLAINT

1. Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney fees and cost.

3. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

4. The alleged violations described in the Complaint occurred in Duval, Florida.

## FACTUAL ALLEGATIONS

5. Plaintiff, VICTORIA DANIELS is a natural person, and citizen of the State of Florida, residing in Duval County.

6. Plaintiff is the "called party." See *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012).

7. Defendant, DIVERSIFIED CONSULTANTS, INC., (hereinafter DIVERSIFIED) is a corporation and citizen of the State of Florida with its principal place of business located at 10550 Deerwood Park Blvd, Suite 309, Jacksonville, Florida.

8. Defendant intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day, and on back to back days, with such frequency as can reasonably be expected to harass.

9. Each call Defendant made to Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C §227(a)(1).

10. Each call Defendant made to Plaintiff's cell phone was done so without the "express permission" of the Plaintiff.

11. Beginning or about January, 2013, Plaintiff starting receiving calls from Diversified looking for "Travis Broadis," a person Plaintiff does not know.

12. Plaintiff informed the agent of Defendant that she is not "Travis Broadis" nor does she know of her.

13. Shortly after said conversation, Plaintiff began receiving an increased bombardment of calls from Defendant to her cell phone attempting to collect a debt for Travis Broadis.

14. Due to such a high volume of calls from Defendant to her cell phone, Plaintiff was not able to write down each call, however the following is a sample of the calls received from Defendant to her cell phone:

   1. January 21, 2013 at 10:54 am
   2. January 21, 2013 at 10:57 am
   3. January 22, 2013 at 10:39 am

4. January 22, 2013 at 10:43 am

5. January 23, 2013 at 10:57 am

6. January 23, 2013 at 7:23 pm

7. January 24, 2013 at 4:18 pm

8. January 25, 2013 at 8:37 am

9. January 25, 2013 at 3:43 pm

10. January 26, 2013 at 10:24 am

11. January 28, 2013 at 5:16 pm

12. January 28, 2013 at 8:27 pm

13. January 29, 2013 at 1:00 pm

14. January 29, 2013 at 8:38 pm

15. January 28, 2013 at 8:27 pm

16. January 30, 2013 at 11:30 am

17. January 30, 2013 at 6:39 pm

18. January 31, 2013 at 8:33 am

19. January 31, 2013 at 4:09 pm

20. February 1, 2013 at 8:44 am

21. February 1, 2013 at 4:00 pm

22. February 2, 2013 at 9:42 am

23. February 4, 2013 at 8:47 am

24. February 4, 2013 at 6:30 pm

25. February 5, 2013 at 11:03 am

26. February 5, 2013 at 5:49 pm

27. February 5, 2013 at 8:29 pm

28. February 6, 2013 at 10:51 am

29. February 6, 2013 at 4:25 pm

30. February 6, 2013 at 8:16 pm

31. February 7, 2013 at 11:49 am

32. February 7, 2013 at 8:30 pm

33. February 8, 2013 at 8:18 am

34. February 8, 2013 at 3:33 pm

35. February 8, 2013 at 6:50 pm

36. February 9, 2013 at 10:22 am

37. February 11, 2013 at 2:04 pm

38. February 11 2013 at 7:45 pm

39. February 12, 2013 at 9:36 am

40. February 12, 2013 at 3:46 pm

41. February 12, 2013 at 7:09 pm

42. February 12, 2013 at 8:18 pm

43. February 13, 2013 at 9:00 am

44. February 13, 2013 at 6:16 pm

45. February 14, 2013 at 8:32 am

46. February 14, 2013 at 3:17 pm

47. February 14, 2013 at 6:46 pm

48. February 15, 2013 at10:27 am

49. February 15, 2013 at 2:19 pm

50. February 15, 2013 at 4:52 pm

51. February 16, 2013 at 10:01 am

52. February 16, 2013 at 2:40 pm

53. February 18, 2013 at 8:17 am

54. February 18, 2013 at 3:01 pm

55. February 18, 2013 at 5:38 pm

56. February 19, 2013 at 8:28 am

57. February 19, 2013 at 2:05 pm

58. February 19, 2013 at 3:15 pm

59. February 19, 2013 at 7:29 pm

60. February 20, 2013 at 10:20 am

61. February 20, 2013 at 6:01 pm

62. February 21, 2013 at 9:18 am

63. February 21, 2013 at 4:25 pm

64. February 22, 2013 at 8:55 am

65. February 22, 2013 at 1:42 pm

66. February 22, 2013 at 5:39 pm

67. February 23, 2013 at 9:46 am

68. February 23, 2013 at 12:35 pm

69. February 25, 2013 at 8:32 am

70. February 25, 2013 at 1:06 pm

71. February 25, 2013 at 2:32 pm

72. February 25, 2013 at 6:42 pm

73. February 26, 2013 at 8:24 am

74. February 26, 2013 at 2:47 pm

75. February 26, 2013 at 5:59 pm

76. February 27, 2013 at 12:32 pm

77. February 27, 2013 at 4:06 pm

78. February 27, 2013 at 6:40 pm

79. February 27, 2013 at 7:26 pm

80. February 28, 2013 at 8:54 am

81. February 28, 2013 at 2:19 pm

82. March 1, 2013 at 8:21 am

83. March 1, 2013 at 1:14 pm

84. March 2, 2013 at 10:10 am

85. March 4, 2013 at 8:41 am

86. March 4, 2013 at 3:09 pm

87. March 4, 2013 at 7:33 pm

88. March 5, 2013 at 8:15 am

89. March 5, 2013 at 12:36 pm

90. March 5, 2013 at 4:12 pm

91. March 5, 2013 at 7:26 pm

92. March 6, 2013 at 8:32 am

93. March 6, 2013 at 12:48 pm

94. March 6, 2013 at 2:40 pm

95. March 6, 2013 at 4:53 pm

96. March 6, 2013 at 7:24 pm

97. March 6, 2013 at 8:40 pm

98. March 7, 2013 at 9:30 am

99. March 7, 2013 at 3:34 pm

| | |
|---|---|
| 100. | March 7, 2013 at 7:25 pm |
| 101. | March 8, 2013 at 8:21 am |
| 102. | March 8, 2013 at 2:06 pm |
| 103. | March 8, 2013 at 3:59 pm |
| 104. | March 9, 2013 at 9:47 am |
| 105. | March 11, 2013 at 8:06 am |
| 106. | March 11, 2013 at 4:06 pm |
| 107. | March 11, 2013 at 7:33 pm |
| 108. | March 12, 2013 at 11:10 am |
| 109. | March 12, 2013 at 3:20 pm |
| 110. | March 12, 2013 at 5:58 pm |
| 111. | March 13, 2013 at 9:05 am |
| 112. | March 13, 2013 at 11:30 am |
| 113. | March 13, 2013 at 4:30 pm |
| 114. | March 14, 2013 at 8:12 am |
| 115. | March 14, 2013 at 2:18 pm |
| 116. | March 14, 2013 at 4:29 pm |
| 117. | March 15, 2013 at 8:18 am |
| 118. | March 15, 2013 at 12:37 pm |

119. March 15, 2013 at 6:03 pm

120. March 16, 2013 at 10:01 am

121. March 18, 2013 at 9:37 am

122. March 18, 2013 at 8:06 pm

123. March 19, 2013 at 8:23 am

124. March 19, 2013 at 1:01 pm

125. March 19, 2013 at 6:35 pm

126. March 20, 2013 at 8:55 am

127. March 20, 2013 at 2:30 pm

128. March 20, 2013 at 5:46 pm

129. March 20, 2013 at 8:13 pm

130. March 21, 2013 at 8:22 am

131. March 21, 2013 at 3:31 pm

132. March 21, 2013 at 5:21 pm

133. March 21, 2013 at 7:56 pm

134. March 22, 2013 at 8:20 am

135. March 22, 2013 at 6:47 pm

136. March 23, 2013 at 10:01 am

137. March 23, 2013 at 3:15 pm

138. March 25, 2013 at 9:15 am

139. March 25, 2013 at 2:36 pm

140. March 26, 2013 at 8:20 am

141. March 26, 2013 at 2:42 pm

142. March 27, 2013 at 8:11 am

143. March 27, 2013 at 5:27 pm

144. March 27, 2013 at 8:04 pm

145. March 28, 2013 at 4:16 pm

146. March 28, 2013 at 7:58 pm

147. March 29, 2013 at 8:33 am

148. March 29, 2013 at 7:56 pm

149. March 30, 2013 at 9:54 am

150. April 6, 2013 at 10:09 am

151. April 8, 2013 at 6:04 pm

152. April 9, 2013 at 11:31 am

153. April 10, 2013 at 9:37 am

154. April 10, 2013 at 5:45 pm

155. April 11, 2013 at 11:31 am

156. April 11, 2013 at 7:38 pm

157. April 12, 2013 at 8:28 am

158. April 12, 2013 at 3:21 pm

159. April 15, 2013 at 10:48 am

160. April 16, 2013 at 2:18 pm

15. Plaintiff received approximately one hundred and sixty (160) calls from Defendant to her cellular phone looking for Travis Broadis.

16. Despite actual knowledge of their wrongdoing, Defendant continued the campaign of abuse.

17. Defendant has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice, just as they did to Plaintiff's cellular telephone in this case, with no way for the consumer or Defendant to remove the incorrect number.

18. Defendant's corporate policy is structured as to continue to call individuals like Plaintiff, despite these individuals explaining to Defendant that they are the wrong party.

19. Defendant's corporate policy provided no means for Plaintiff to have his number removed from the call list.

20. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

21. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

22. Defendant willfully and/or knowingly violated the TCPA with respect to Plaintiff.

### COUNT I
### (Violation of the TCPA)

23. Plaintiff incorporates Paragraphs one (1) through twenty-two (22).

24. Defendant repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against the Defendants for statutory damages of $500 for the violation of the act and $1500 for each willful violation of the act, punitive damages, actual damages, costs, interest,

attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

_____
Jared M. Lee, Esquire
Florida Bar No. 0052284
Morgan & Morgan, P.A.
20 North Orange Avenue, 4th Floor
Orlando, FL 32801
Tele: 407-420-1414
Fax: 407-245-3484
Attorney for Plaintiff
JLee@forthepeople.com