## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

VICTORIA DANIELS,

       Plaintiff,

v.	Case No. 3:14-cv-00253-HLA-JRK

DIVERSIFIED CONSULTANTS INC.,

       Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, Diversified Consultants, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

/s/ Abigail S. Pressler
Abigail S. Pressler, Esq.
Florida Bar No. 0098072
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
Rachel A. Morris, Esq.
Florida Bar No. 0091498
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone:   (813) 890-2465
Facsimile:    (866) 466-3140
apressler@sessions-law.biz

        dvanhoose@sessions-law.biz
        rmorris@sessions-law.biz

Attorneys for Defendant,
Diversified Consultants, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 13th day of April 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Jared Michael Lee, Esq.
    Morgan & Morgan, PA
    20 N. Orange Ave., Ste. 1600
    Orlando, FL 328012

        /s/ Abigail S. Pressler
        Attorney